# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JESSICA RAE WOODALL,

*Plaintiff*

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:16-cv-0190-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED and Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED. The Commissioner's decision is AFFIRMED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on motions for Summary Judgment (ECF Nos. 14 and 15).

Date: 7/26/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*

Lennie Rasmussen